**MAYNARD NEXSEN LLP**
VIVIAN I. ORLANDO (SBN 213833)
VOrlando@maynardnexsen.com
10100 Santa Monica Boulevard, Ste. 550
Los Angeles, CA 90067
Telephone: 310.596.4500

**BC DAVENPORT, LLC**
DAVID A. DAVENPORT*
David@bcdavenport.com
ALEXANDER M. HAGSTROM*
Alex@bcdavenport.com
105 5th Ave. South, Suite 375
Minneapolis, MN 55401
Telephone: 612.445.8010
*Admitted Pro Hac Vice

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| MUSKEGON HOLDINGS LLC, a Delaware limited liability company,<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>VP LB13 LLC, a California limited liability company; and CANOPY COMMUNITIES CORPORATION, f/k/a DECRO GAMMA CORPORATION, a California nonprofit corporation,<br><br>Defendants/Counterclaimants/Third-Party Plaintiffs,<br><br>v.<br><br>ALDEN TORCH FINANCIAL LLC, a Delaware limited liability company, and DECRO LONG BEACH, L.P., a California limited Partnership,<br><br>Third-Party Defendants. | Case No. 8:23-cv-01302-DOC (JDEx)<br><br>*Hon. David O. Carter, Courtroom 10A*<br><br>**DECLARATION OF VIVIAN I. ORLANDO IN SUPPORT OF DEFENDANTS' MOTION FOR ATTORNEYS' FEES AND NON-TAXABLE COSTS**<br><br>[Filed concurrently with Notice of Motion and Motion for Attorneys' Fees and Non-Taxable Costs with Incorporated Memorandum of Points and Authorities; Declaration of David Nahas; Declaration of Carolina Romo; Declaration of Candace Leasure; Declaration of David A. Davenport; and Proposed Order]<br><br>Date: March 10, 2025<br>Time: 8:30 a.m.<br>Ctrm: 10A<br>Judge: Hon. David O. Carter |

I, Vivian I. Orlando, declare as follows:

1. I am over 18 years of age.

2. I submit this Declaration in Support of Defendants' Motion for Attorneys' Fees and Non-Taxable Costs (the "Motion") based upon my personal knowledge.

3. I am an attorney with Maynard Nexsen LLP and am admitted to practice law in the State of California. I am counsel of record for Defendants and have served in a local counsel capacity.

4. I was the sole timekeeper on this matter at Maynard Nexsen LLP. My billing rate was $400.00 per hour.

5. In my capacity as local counsel, I have billed a total of 5.2 hours to date, totaling **$2,080.00** in attorneys' fees. These fees were incurred in providing various local counsel services, including drafting and advising on local requirements relating to the issuance of a summons, initial disclosures, *ex parte* applications, filing exhibits under seal, and pretrial filings.

6. Additionally, Maynard Nexsen LLP incurred a total of **$4,326.50** in costs on behalf of the Defendants, itemized as follows:

    a. **$1,500.00** in *pro hac vice* filing fees;

    b. **$1,553.00** paid to Apex Legal Services for printing, assembling and delivering to Chambers courtesy copies of under-seal pleadings and exhibits filed in support of Defendants' Motion for Partial Summary Judgment and in opposition to Plaintiff's Motion for Summary Judgment; and

    c. **$1,273.50** paid to Apex Legal Services for printing, assembling and delivering to Chambers courtesy copies of under-seal pretrial pleadings and exhibits.

7. Based on my experience as an attorney, it is my opinion that the above-identified fees and costs were reasonable and necessary to the successful litigation of this matter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 29th day of January 2025, in Los Angeles, California.

*/s/ Vivian I. Orlando*
Vivian I. Orlando